**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6001

GENE D. HUNT,

Plaintiff - Appellant,

versus

ROBERT E. WARD, In his capacity as Warden of
Evans Correctional Institution, South Carolina
Department of Corrections,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Margaret B. Seymour, District Judge.
(CA-99-990-2-24AJ)

Submitted: April 27, 2001          Decided: May 4, 2001

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Gene D. Hunt, Appellant Pro Se.  Andrew Foster McLeod, HARRIS &
MCLEOD, Cheraw, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene D. Hunt appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hunt v. Ward</u>, No. CA-99-990-2-24AJ (D.S.C. Nov. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2